IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDALL DEAN BUSSE,

       Plaintiff,

                                              Case No. 21-cv-186-wmc

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

       Defendant.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Randall Dean Busse affirming the Commissioner's decision denying plaintiff's application for social security disability benefits and dismissing plaintiff's appeal.

    __s/ A. Wiseman, Deputy Clerk__            __3/4/2022__
      Peter Oppeneer, Clerk of Court                   Date